## CONCORD VARIETY WORKS *v.* BECKHAM.

SIMMONS, C. J.   1. Where cotton is delivered by the owner to another to be ginned for a specified price, this is a bailment for hire.   Therefore, where the cotton is lost by the bailee, the onus is upon him to show due care and diligence in protecting and keeping it.

2. No such care and diligence was shown in the present case.
   *Judgment affirmed.   All the Justices concurring, except Lewis, J., absent.*

Argued November 2, — Decided November 27, 1900.

Complaint in trover.   Before Judge Reagan.   Pike superior court. October term, 1899.

*E. F. Dupree,* for plaintiff in error.
*J. M. Smith* and *J. F. Redding,* contra.